ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
DANIELLE C. MILLER
Nevada Bar No. 9172
Danielle.Miller@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendants*
*Las Vegas Metropolitan Police Department*
*Sheriff Joseph Lombardo, Officer Steven A. Maas*
*and Sergeant Richard E. Maupin, Jr.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

***

| | |
|---|---|
| JAZMIN GUADALUPE CARDENAS, <br><br> Plaintiff, <br><br> vs. <br><br> JOSEPH LOMBARDO, Individually, and in his Official Capacity as Sheriff of Clark County. Nevada; STEVEN A. MAAS, Individually, and in his Official Capacity as an Officer for the Las Vegas Metropolitan Police Department, RICHARD E. MAUPIN, JR., Individually, and in his Official Capacity as a Sergeant for the Las Vegas Metropolitan Police Department; CITY OF LAS VEGAS, NEVADA; and CLARK COUNTY, NEVADA, <br><br> Defendants. | CASE NO. 2:17-cv-380-RFB-PAL <br><br> **STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR DISPOSITIVE MOTIONS** <br><br> **FIRST REQUEST** |

Pursuant to LR 6-1 and LR 26-4, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the deadline to file dispositive motions in the above-captioned case sixty (60) days, up to and including September 21, 2018.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon the following:

Counsel for Defendants has been occupied in preparing dispositive motions in *Walker v.*



4829-4912-3692.1

*City of North Las Vegas*, 2:14-cv-01475-JAD-NJK and in *Murry v. City of North Las Vegas*, 2:17-cv-157-APG-CWH. Counsel for Defendants has also been occupied in preparing for trial in *O.P.H. of Las Vegas v. Oregon Mutual Insurance Company*, A-12-672158-C as well as occupied in conducting discovery in *Small et al v. University Medical Center of Southern Nevada,* 2:13-cv-00298-APG-PAL, a 600 member class action FLSA matter that has a discovery cutoff date of August 27, 2018.

Counsel for Plaintiff has no opposition to this request.

WHEREFORE, the parties respectfully request that this Court extend the time for the parties to file their dispositive motions by sixty (60) days from the current deadline of July 25, 2018 up to and including September 21, 2018.

DATED this 5th day of July 2018.

LEWIS BRISBOIS BISGAARD & SMITH

*/s/ Robert W. Freeman*
Robert W. Freeman, Jr., Esq.
Nevada Bar No. 3062
Danielle C. Miller, Esq.
Nevada Bar No. 9172
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendants*

DATED this 5th day of July, 2018.

PENNEY LAW FIRM

*/s/ Derrick S. Penney*
Derrick S. Penney, Esq.
Nevada Bar No. 8606
2800 W. Sahara Avenue
Suite 7C
Las Vegas, Nevada 89102
*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED.

Dated this 6th day of July, 2018.

U.S. DISTRICT MAGISTRATE JUDGE

4829-4912-3692.1